No. 622. MAXWELL *v.* BISHOP, PENITENTIARY SUPER- INTENDENT. C. A. 8th Cir. [Certiorari granted, 393 U. S. 997.] Motion of Robert Page Anderson et al. for leave to file a brief as *amici curiae* after argument granted. *Anthony G. Amsterdam, Jack Greenberg, Michael Meltsner, Melvyn Zarr,* and *Charles S. Ralston* on the motion.

No. 1192. COLEMAN ET AL. *v.* ALABAMA. Ct. App. Ala. [Certiorari granted, *ante*, p. 916.] Motions of petitioners for appointment of counsel granted. It is ordered that *Charles Tarter, Esquire,* of Birmingham, Alabama, be, and he is hereby, appointed to serve as counsel for petitioners in this case.

No. 1785, Misc. KINDERMAN *v.* YOUNG, WARDEN; and No. 1820, Misc. DUCKWORTH *v.* CRAVEN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 950. HALL ET UX. *v.* BEALS, CLERK AND RECORDER OF EL PASO COUNTY, ET AL. Appeal from D. C. Colo. Probable jurisdiction noted. *John P. Moore,* Deputy Attorney General of Colorado, and *Carroll E. Multz* for appellees.

No. 1223. ADICKES *v.* S. H. KRESS & Co. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari granted. *Eleanor Jackson Piel* for petitioner. *Sanford M. Litvack, James R. Withrow, Jr.,* and *Alfred H. Hoddinott, Jr.,* for respondent.